# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LUBA CASUALTY INSURANCE
COMPANY

NO.  2025 CW 1304

VERSUS

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.

**MARCH 23, 2026**

---

In Re:   Washington-St. Tammany Electric Co-Op, Inc. and
Federated Rural Electric Insurance Exchange, applying
for supervisory writs, 21st Judicial District Court,
Parish of Tangipahoa, No. 20202307.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

HG
TPS

McClendon, C.J., concurs. The criteria set forth in **Herlitz
Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d
878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT